# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

160131

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

v

SC: 160131
COA: 347876
Macomb CC: 2011-002012-FH

Megan K. Cavanagh,
Justices

BRUCE MARTIN FARLEY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 3, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



t0831

Clerk